**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Defendant
**NATHAN McALLISTER**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) ) | CR. S. 04-0218 MCE |
| ) Plaintiff, ) ) | **ORDER** |
| v. ) ) | |
| **NATHAN McALLISTER**, et al., ) ) | |
| Defendants. ) _____ ) | |

Based upon the stipulation of the parties, it is hereby ordered that the sentencing hearing scheduled herein for September 6, 2005, shall be vacated, and a new hearing shall be scheduled for September 20, 2005.

DATE: September 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE