**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
*e-mail: vshjah@aol.com*

Attorney for Defendant
**NATHAN J. McALLISTER**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> **NATHAN J. McALLISTER**,  ) <br> **JOSIAH MARQUEZ**, et al.  ) <br> ) <br> Defendants.  ) <br> _____ ) | CR-S-04-0218 MCE <br><br> **STIPULATION; ORDER** |

GOOD CAUSE APPEARING, and based upon the stipulation of the parties,

IT IS HEREBY ORDERED that the judgement and sentencing hearing herein is rescheduled from October 11, 2005, until January 17, 2006.

DATE: October 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE