Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Nathan John McAllister

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CRS 04 0218 MCE |
| Plaintiff, | ) APPLICATION FOR TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | ) Court: Hon. Morrison C. England, Jr., United States District Judge |
| NATHAN JOHN McALLISTER, | ) |
| Defendant | ) |

    Defendant, Nathan McAllister, through counsel, hereby applies for an order terminating his supervised release. As set forth in this application, Mr. McAllister has been on supervised release for over three years, and has not come before the court for any violation of supervised release. The United States Probation Officer and the Assistant United States Attorney do not oppose the request. Two of the co-defendants have been granted early termination of supervised release. A declaration of counsel is attached hereto in support of all matters set forth in this application.

    Background:

    Mr. McAllister pled guilty to conspiracy to manufacture 100 marijuana plants in violation of 21 U.S.C. § 841. His plea was pursuant to a plea agreement wherein he would cooperate with

1

the government pursuant to U.S.S.G. 5K1.1.  Assistant United States Attorney Philip Ferrari represented the government during these proceedings.

On January 17, 2006, after granting the government's motion pursuant to U.S.S.G. 5K1.1, the court sentenced Mr. McAllister to a term of 30 months imprisonment in the Bureau of Prisons.  A 48 month term of supervised release was imposed, as well as a $100 special assessment.

Mr. McAllister was released from the Bureau of Prisons on June 30, 2007, and was released from a half-way house on July 15, 2007.

Early termination of supervised release has been granted for co-defendants Josiah Marquez and Joseph William McAllister.

Compliance with Supervised Release:

Mr. McAllister has been on supervised release for over three years, and has been supervised by United States Probation Officer Michael Sipe.  He has not come before the court for any violation of supervised release.

Mr. McAllister has been employed during his term of supervised release, and is presently employed at the Resort at Squaw Creek (Squaw Valley), where he works as a banquet server. He has held this position since the end of April, 2010.  Since his release from prison, he has worked periodically for Heartline Construction.

Mr. McAllister has sought frequent travel authorization from his probation officer to visit with his father who lives in San Jose.  Mr. McAllister's father has been diagnosed with inoperable colon cancer that has metastasized, and is receiving chemo therapy.

\\\

\\\

Position of the Probation Officer and the Government:

United States Probation Officer Michael Sipe and Assistant United States Attorney Philip Ferrari do not oppose this application for termination of supervised release.

Conclusion:

Pursuant to the foregoing, it is hereby requested that the court terminate Mr. McAllister's supervised release. Rule 32.1(c)(2)(B) of the Federal Rules of Criminal Procedure permits the court to modify the terms of supervised release without holding a hearing.

DATED: August 12, 2010              /s/ Tim Warriner, Attorney for Defendant,
                                    Nathan McAllister

## ORDER

THE COURT ORDERS THAT DEFENDANT'S SUPERVISED RELEASE BE TERMINATED FORTHWITH.

IT IS SO ORDERED.

DATED: August 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE